N. Thane Bauz (SB# 188439)
tbauz@perkinscoie.com
John P. Schnurer (SB#185725)
jschnurer@perkinscoie.com
Perkins Coie LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
Telephone:  858-720-5700
Facsimile:  858-720-5799

Attorneys for Plaintiffs
*ZTE Corporation and ZTE (USA) Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZTE CORPORATION AND ZTE (USA) INC., <br><br>   Plaintiff, <br><br>   v. <br><br> CONTENTGUARD HOLDINGS, INC., <br><br>   Defendant. | Case No. 13-cv-3073 JLS (JMA) <br><br> **PLAINTIFFS ZTE CORPORATION AND ZTE (USA) INC.'S NOTICE OF VOLUNTARY DISMISSAL** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs ZTE
2  Corporation and ZTE (USA) Inc. hereby give notice that the above-captioned
3  action is voluntarily dismissed without prejudice against Defendant ContentGuard
4  Holdings, Inc.

6  DATED: January 6, 2014         **PERKINS COIE LLP**

   By: *s/ N. Thane Bauz*
   N. Thane Bauz
   tbauz@perkinscoie.com
   John P. Schnurer
   jschnurer@perkinscoie.com
   Perkins Coie LLP
   11988 El Camino Real, Suite 350
   San Diego, California 92130
   Telephone: 858-720-5700
   Facsimile: 858-720-5799

   **ATTORNEYS FOR PLAINTIFFS ZTE CORPORATION AND ZTE (USA) INC.**